# Exhibit A

# Worcester interim police chief says department has harmed communities of color

- **SHARE**
- Email
- Facebook
- Twitter



Worcester police have faced increasing scrutiny in response to complaints of office misconduct and discrimination.

**Mark Mauno  Creative Commons via Flickr**

**Sam Turken**
March 27, 2024
Updated  July 02, 2024

Worcester's interim police chief told city councilors on Tuesday that officers have historically employed tactics that have negatively impacted communities of color, and vowed to ensure the city's police don't repeat past mistakes.

"We're going to do that through several different things," interim Chief Paul Saucier said during Tuesday's council meeting. "Looking at how we background officers coming on to the job. Looking at how we supervise our officers. And then the most important component is doing it through the community."

Saucier's comments were in response to a **recent equity audit** that found the Worcester Police Department disproportionately arrests people who are Black or Latino — a disparity that is especially stark among youth under 18. The auditors recommended dozens of policy changes, including establishing a citizen oversight board, improving officer training, diversifying the police force and acknowledging past wrongs committed in communities of color.

The audit, conducted by the Virginia-based Center for Naval Analyses, came as the **U.S. Department of Justice continues to investigate** Worcester police for excessive use of force and discriminatory tactics based on race and sex. Over the last two decades, the city of Worcester has paid more than $4 million to settle at least three dozen lawsuits against the police department for reasons **including false arrests and excessive force**.

## RELATED STORIES

- **One Black man says Worcester cops have stopped him more than 70 times**
- **Worcester criminal justice advocates glad to see police chief retire**
- **DOJ launches investigation into Worcester police over discriminatory policing**
- **Brookline considers dropping civil service exam to expand police officer pool**

During the public comment period of the city council meeting Tuesday, Worcester residents of color said their communities continuously experience police discrimination and demanded greater accountability within the department.

"We do not need officers playing basketball with our youth and the next day causing them harm," Jennifer Gaskin said. "This is ingrained behavior that requires intentional and bold actions to create change."

# Exhibit B

# CITY OF WORCESTER
## JOURNAL OF THE CITY COUNCIL
### Tuesday, April 9, 2024
### Esther Howland (South) Chamber
### Convened: 6:34 P.M.
### Adjourned: 9:18 P.M.

**7s.**

Attachments

Gordon Davis request City Council request City Manager consider holding public hearings concerning the equity audit of the Police Department and the release of public records of police misconduct and hate incidents and the Diversity Officer position and plans concerning the merger of the Human Rights Commission with the Diversity Office.

**Mayor Petty read the item and moved for a roll call vote to place the item on file. Placed on file on a roll call vote of 10 Yeas and 1 Nay (Nay - King)**

# Exhibit C

**hellowithfire1@aol.com**
From:hellowithfire1@aol.com
To:CityManager@WorcesterMA.gov
Fri, Jul 12 at 3:59 PM
Der  Mr. City-Manager Battista:


   I would like to arrange a meeting with you or your staff regarding the issues of Systemic Racism and the lack of a  City Diversity

Officer. Several people would to attend.   Hopefully the meeting can take place in the near future.


Thank you for your efforts.


Sincerely.



Gordon T. Davis
416 Lake Ave.
Worcester MA 01604
508 757 5873
July 12, 2024

# Exhibit D

# City Manager Batista Seeks Reduced Police Oversight

By Tom Marino | November 13, 2023
Last Updated: March 7, 2024



- Facebook
- Twitter
-

WORCESTER – City Manager Eric Batista has denied the Human Rights Commission access to documents related to police misconduct, hate crimes, and payments made to settle allegations of civil rights violations.

The Human Rights Commission met on Monday night, where commissioners were informed of a recent meeting between the city manager and the Commission Chair, Ellen Shemitz, Vice Chairperson Elizabeth O'Callahan, and Commissioner Guillermo Creamer.

### Save this article
Enter your email address and we'll send it straight to your inbox.
Send
 Send me new posts from This Week in Worcester

In a memo to the commission on Nov. 6, Batista instead seeks the commission to make recommendations on:

- The creation of a Worcester Equal Employment Opportunity Policy and a revision of the Affirmative Action Policy;
- Pay equity for City of Worcester employees;
- The creation of education materials on topics such as fair housing, workplace harassment prevention, and addressing implicit bias; and
- Addressing reported patterns of discrimination and harassment against Worcester Public Library staff from members of the public, including residents who are unhoused, dealing
with mental health issues, and/or substance abuse issues.

Commissioners present at the meeting relayed to the full commission that Batista said that due to the Department of Justice Investigation, the commission reviewing cases of police misconduct would be redundant.

The Human Rights Commission sets its own agenda and priorities, which are not the purview of the city manager. A court ruled in 1976 that "a municipal ordinance which established a human rights commission gave the commission the power and duty to receive and investigate complaints of violations of civil rights, a complaint charging excessive use of force by police was within the scope of the commission's authority to investigate."

The Department of Justice announced a pattern and practice investigation in November 2021. That investigation seeks to identify patterns of misconduct and discriminatory policy within the police department. It does not investigate individuals. The investigation is civil, not criminal.

The Human Rights Commission is the only public body in Worcester that conducts any meaningful independent inquiry of the conduct of law enforcement officials in Worcester. It also has the power to conduct its own investigations, but does not have the staff to do so.

The City Council Standing Committee on Public Safety has legislative jurisdiction over the police department. Since being appointed the chair in 2016, City Councilor Kate Toomey has never had an agenda item related to police misconduct. City Council committees also have no power to require testimony of any city employee nor the power to require that testimony under oath.

The Mayor of Worcester has the sole authority to appoint city councilors to its committees. This Week in Worcester asked Mayor Joe Petty's office if he anticipated any changes in the Public Safety Standing Committee in the new term. The Mayor's office responded: "All of the committees are subject to review and change after each election, especially considering we have two new City Councilors."

The City of Worcester Charter also restricts the actions of city council in oversight of the city manager and executive branch of municipal government.

AD

Per the rules of the city council and the city charter the role of the Committee Chairs has jurisdiction over the items referred to it by the city council. Rule 47 is very clear that the chair only has jurisdiction over the items referred to it by the city council or reports that are brought forward from the city manager for a review, public hearing and committee recommendations. The committee chair does not have authority to direct employees of the city manager and this is

very clear in section (City Charter Section 2-3 Prohibitions – Neither the city council nor any of its committees or members shall direct ... officers and employees in that portion of the service of the city for whose administration the city manager is responsible).

The city council nor its committee chairs have not authority (Section 3-2 Power and Duties of the city manager: To supervise the administration of the affairs of the city ... and the city manager may make such recommendations to the city council concerning the affairs of the city as he/she may deem necessary and desirable)

# Exhibit E

CITY OF WORCESTER Tuesday, November 19, 2024 AGENDA OF THE CITY COUNCIL AT-LARGE COUNCILORS Morris A. Bergman Donna M. Colorio Khrystian E. King Thu Nguyen Kathleen M. Toomey Nikolin Vangjeli

16h. PETITION of Gordon Davis request City Council request Standing Committee on Public Safety investigate the issue of systemic racism and public safety with public hearings included. (Tabled - Toomey May 14, 2024) No action taken 16i. ORDER of Councilor George J.

# Exhibit F

## Re: Petition Review

From:  hellowithfire1@aol.com (hellowithfire1@aol.com)

To:    pottlea@worcesterma.gov

Date:  Wednesday, July 10, 2024 at 11:56 PM EDT

Hi Mr. Pottle

Can you identify and send the City document(Charter?) that authorizes and  compels the City Council to only use Robert's Rules of Order?
I tried to find such a document, but I could not.

Thank you for yoiur patience.

Best r3egards,

On Wednesday, July 10, 2024 at 09:36:05 AM EDT, Pottle, Andrew James <pottlea@worcesterma.gov> wrote:

Hi Mr. Davis,

I hope this message finds you well. Our office reviewed the attached petition you submitted on July 8th and unfortunately, we cannot accept the petition. Below is the ruling our office received from the City Solicitor's Office.

*"An item placed on the table through the traditional Parliamentary process remains on the table until the body affirmatively removes it. It is not forced to vote by the entire council. That rule applies to an item tabled under privilege the second time.*

*As you suggested, a petition asking the council to consider taking the 5/14 petition off the table is barred at this time by the 90 day rule. But more to the point, as explained above, the council is not required to take up the 5/14 item because there is no time limit to an item that was tabled under Roberts Rules."*

All the best,

AJ

_____

**Stephen Andrew-James Pottle**

Deputy City Clerk

City Clerk's Office

City of Worcester | 455 Main Street, Worcester, MA 01608

# Exhibit G

# TERMINOLOGY USED IN CITY COUNCIL

***1st Item(s) of Business*** – is an item scheduled by the Mayor and with the consent of the City Council and listed on the Council's calendar at the beginning of the meeting, taken up out of the order designated by the Council's Rules.

***Appropriation*** – is an amount of money that is being recommended to be applied to a certain account and for a specified purpose.

***Chairman's Order*** – is a request that emanates from any general discussion that takes place at Standing Committee or Ad Hoc Committee meetings.

***Chairman's Ordinance*** – is an ordinance that is proposed as a result of any general discussion that takes place at Standing Committee or Ad Hoc Committee meetings.

***Communication*** – is correspondence received by the City Clerk from any person(s) or entity except the City Manager.

***Communications of the City Manager*** – is the calendar containing the transmittals from the City Manager to the City Council containing the correspondence from various Department Heads and/or Boards or Commissions that contain requests, updates, reports, informational correspondence and/or appointments. These may be informational and/or items that require City Council action as the municipality's "Board of Directors".

***Discussion Item*** – is a heading under which topics may be spoken about by the City Council or its Standing or Ad Hoc Committees. These topics should fall under the general purview of the body where no actual item appears on the pending list.

***Finance Items*** – certain communications concerning the general financial health of the City and it's municipal budget are routinely referred to the Standing Committee on Finance where they may be held and considered in conjunction with general discussions by the full Council.

***Hearing*** – is a designated period during a City Council or Standing Committee or Ad-Hoc Committee meeting during which public testimony is taken. Advertisement in a paper of general circulation is usually made so the public is afforded an opportunity to be heard.

***Hearings and Orders*** – public and private utilities petition the City to be allowed to open the streets and sidewalk areas for installation of conduits and wiring and for construction of other appurtenances. The public is invited to attend the hearing and to be heard in favor or in opposition to the utility's request. The subsequent approval, and any conditions thereto, are included in the Order.

***Loan Order*** – a recommendation from the City Manager that involves the borrowing of for a specifically stated purpose. Approval is a two-step process that includes p. advertisement.

*Order* – are action items that are the result of the vote of City Council and state the will of the body subsequent to full consideration.

*Ordinance Committee Hearing* – certain petitions require advertised public hearings when the Council sits as the Standing Committee on Ordinances. Proponents and Opponents are given an opportunity to be heard.

*Ordinances* – is the organized collection of municipal laws. These local laws state how municipal departments and Boards and Commission are organized and set forth fees, fines and other significant citations. Approval of the General Ordinances and any amendments thereto, from time to time, require City Council action. Proposed new general ordinances and any changes proposed thereto require advertisement and a public hearing prior to final adoption and then additional advertisement subsequent to being made final.

*Pending List* – is the list of items to be considered by a Standing or Ad Hoc Committee referred or recommitted from the City Council.

*Petition* – is a written request that any person or persons may file concerning any topic under the general purview of the City of Worcester. A petition requires at least one signature unless it is a request for private street maintenance in which case at least 2/3 of the abutting property owners must sign.

*Proclamation* – is an official written decree or designation issued only by the Mayor designating a day, week, month or year for in recognition of a particular person, cause, organization or event.

*Quorum* – the City Council or a Standing or Ad-Hoc Committee reaches a quorum when at least 50% of the elected or appointed members of that legislative body is present to conduct business.

*Recess* – during a meeting, the Chair may declare a time-out during which no formal business is conducted, announcing either the duration of the recess or the date, time and place for reconvening.

*Recess to Finance or Ordinance Committee* – the Council may sit or may convene and act on finance or ordinance items previously referred to the respective committees.

*Recommit* – is a referral of an item that returns it from whence it came; either to the City Manager, a Standing or Ad Hoc Committee or a Board or Commission.

*Reconsideration* – is a written or verbal request that may be made by any member or members of the City Council requesting that a previously voted item be taken up again. A request for reconsideration, if filed subsequent to adjournment, appears on the next City Council calendar. and may only be filed with the City Clerk within forty-eight hours of said item first being voted.

*Refer* – is the simple action of transferring an item that is being considered by the Council to another body such as a Standing Committee or a Board or Commission, a Department Head, or the City Manager.

Case 4:24-cv-40151-DHH    Document 1-1    Filed 12/03/24    Page 20 of 20

***Report*** – is the conveyance by which Boards, Commissions, Standing and Ad Hoc Committees report their recommendations to the full City Council concerning items that were referred to them for consideration.

***Resolution*** – is a formal decree or City Council designation recognizing a person(s), organization or event of significance.

***Roll Call*** – is an individual call by the Chair on any item being considered by the City Council expressed in yeas and nays.

***Simple Majority*** – requires the affirmative vote of six members of the City Council regardless of the number of members present or absent.

***Standing Committee*** – are the sub-committees of the City Council appointed by Mayor whose obligation and responsibility is to consider specific topics under their jurisdiction.

***Tabled Item*** – calendar items that are placed on the table and held indefinitely. These items appear weekly at the end of the calendar.

***Tabled Under Privilege*** – an item on the calendar may be held for one week by any individual member of City Council. After one week when the matter is taken up for a vote, if 4 or more Councillors object to the taking of a vote, the matter shall be further postponed for not less than an additional 5 days.

***Voice Vote*** – is the collective call by the Chair on any item being considered by the City Council expressed in yeas and nays.