AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| GORDON T. DAVIS<br>_Plaintiff_ | )<br>)<br>)<br>) |
| v. | )     Civil Action No. |
| CITY OF WORCESTER MA<br>_Defendant_ | )<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

    CITY OF WORCESTER MA
    455 MAIN ST
    WORCESTER MA 01608

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    GORDON T. DAVIS
    416 LAKE AVE.
    WORCESTER MA 01604

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

                                        _____
                                          _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

Goa Don T. Davis

*Plaintiff*

v.

Michael E. Traynor

*Defendant*

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael E. Traynor, solicitor
City Hall
455 Main St.
Worcester MA 01608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gordon T. Davis
416 Cake Avei
Worcester MA 0160 4

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

GORDON T. DAVIS )
                                                    )
                    _Plaintiff_                     )
                                                    )
v.                                                  )   Civil Action No.
                                                    )
                                                    )
                                                    )
                    _Defendant_                     )

KATHLEEN M. TOONEY

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KATHLEEN M. TOOMEY, COUNCILLOR
CITY HALL
455 MAIN ST.
WORCESTER MA 01604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GORDON T. DAVIS
416 LAKE AVE.
WORCESTER MA 01604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

GORDON T. DAVIS
_____
Plaintiff

v.

ERIC D. BATISTA
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ERIC D. BATISTA, MANAGER
CITY HALL
455 MAIN ST
WORCESTER MA 01608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GORDON T. DAVIS
416 LAKE AVE.
WORCESTER, MA 01604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*